KIMBALL, C.J.,
concurring with reasons.
|1BI concur with the majority opinion because I find it unnecessary to decide whether La. R.S. § 26:493 or § 51:191 is the more specific statute. The statutes are independent grants of authority — one to “control the sale of alcoholic beverages,” the other to “provide for a day of rest.” City of Shreveport v. Belk, 260 La. 1041, 258 So.2d 79, 80 (1972).
I agree with the majority that the ordinance, which bans the sale of alcohol at certain times, including all-day on Sundays, regulates the sale of alcohol but does not prohibit it. See Belk, 258 So.2d at 80, 81. Therefore, the local government had power to enact the ordinance without a referendum election pursuant to La. R.S. § 26:49s.[1]

. La. R.S. § 26:493 permits the local government to regulate the sale of alcohol in its jurisdiction without a referendum election, but requires a referendum election to prohibit the sale of alcohol.